USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAVIER MONGE,

                                Plaintiff,

           -against-

691 BRIDGE ST. REALTY CORP. and
C. I. LOBSTER CORP.

                               Defendants.
-----------------------------------------------------------------X

21-CV-8489 (PAE) (KHP)

**INITIAL CASE MANAGEMENT CONFERENCE CONVERSION ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Initial Case Management Conference in this matter scheduled for **Thursday, January 13, 2022, at 10:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

    **Plaintiff is directed to serve this order, and a copy of the complaint on the Defendants.**

    SO ORDERED.

DATED:    New York, New York
               December 22, 2021

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge